Brennan H. Moss (10267)
Nathan Jepson (17141)
**ARMSTRONG TEASDALE LLP**
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
Telephone: (801) 401-1600
Email: bmoss@atllp.com
       njepson@atllp.com

*Attorneys for Defendant, Benjamin Deputy Brown*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| "CASSEAOPEIA", "JANE", "ERIKA", "TORI", "JENNY", "LILY", "SARAH", CHRISTOPHER MARCHESE, conservator for "SIERRA", "JANE DOE" conservator for "SAVANNAH" and "SKYLAR", "JOHN DOE" conservator for "SALLY", "MAUREEN," "JANE ROE" next friend for "PIA", "MYA", and "AVA", <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN DEPUTY BROWN, <br><br> Defendant. | **DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br><br> Case No. 2:22-cv-00251 <br><br> Magistrate Judge Daphne A. Oberg |

Defendant Benjamin Deputy Brown ("Defendant"), by and through his undersigned counsel of record, hereby files this unopposed motion to extend the deadline to respond to the complaint until July 15, 2022. The parties are engaged in settlement negotiations and require additional time. The parties' counsel have conferred, and Plaintiffs' counsel does not oppose the requested extension.

Wherefore, Defendant respectfully requests that the Court allow it to respond to the Complaint on or before July 15, 2022.

DATED this 6th day of July 2022.

                                                   ARMSTRONG TEASDALE LLP

                                                   _/s/ Nathan Jepson_
                                                   Brennan H. Moss
                                                   Nathan Jepson
                                                   *Attorneys for Defendant,*
                                                   *Benjamin Deputy Brown*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July 2022, I caused a true and correct copy of the foregoing **DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** to be filed via the Court's electronic filing system, which automatically provides notice to counsel of record.

／s/ Sarah Nielsen